UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

Eastern Jewelry & Premiums, Inc., et al.
Plaintiff,

Vs. Case No. CA03-199T

Manuel Furtado, Jr.
Defendant.

**EXHIBIT RECEIPT**

**Defendant's** Motion Hearing TRO/Preliminary Injunction
Exhibit(s)- B, D, E, E1, and F1.

David A. DiMarzio, Clerk

Signature of ~~Attorney~~
Date: 6/12/08

Deputy Clerk